IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **GMP AND EMPLOYERS PENSION** | : | CASE NO. 3:13-cv-00039 |
| **FUND, et al.,** | : | Hon. Timothy S. Black |
| **Plaintiffs,** | : | |
| vs. | : | |
| **BERGEN POINT BRASS FOUNDRY, INC.,** | : | **AGREED JUDGMENT ENTRY** |
| **Defendant.** | : | |

It appearing to the Court that the parties have agreed thereto, it is hereby ORDERED and DECREED that Defendant, Bergen Point Brass Foundry, Inc., shall pay to Plaintiffs, collectively, the sum of twenty-two thousand eight hundred eighty and 53/100 dollars ($22,880.53), plus interest at the rate of three and 25/100 percent (3.25%) per annum from the date of this Agreed Judgment Entry until paid, plus attorney fees and expenses in the amount of two thousand three hundred forty-nine and 05/100 dollars ($2,349.05), attorney fees and costs associated with future collection actions, and Court costs.

_____
United States District Judge

- 2 -

**Approved and consented to:**

*/s/ Brooke E. Niedecken (per email authorization on 2/5/13)*
Brooke E. Niedecken (0079142)
Littler Mendelson P.C.
One Newark Center
1085 Raymond Blvd, 8th Floor
Newark, NJ 07102
RMcEwan@littler.com
(973) 848-4700
(973) 741-2303 (fax)
Attorneys for Defendant


*/s/ Gale S. Finley*
Gale S. Finley (0016513)
Kathryn M. Mack (0085529)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
40 N. Main Street
Dayton, OH 45423
gfinley@ssdlaw.com
(937) 222-2500
(937) 222-6554 (fax)
Attorneys for Plaintiffs

1659294.4